**Order entered October 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00126-CR

### SHAWN BRIAN TIMMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-48186-J**

## ORDER

We **VACATE** our order dated October 18, 2019.

Appellant, who was convicted of continuous sexual abuse of a child, initially tendered his brief on October 11, 2019. Because he identified the child victim by name, we struck the brief and ordered it refiled. Appellant tendered his amended brief on October 16, 2019. That brief still names the child victim throughout the brief.

As we noted previously, this Court does not allow a party to file a brief that discloses the names of child victims, child witnesses, or any other children discussed or identified at trial in a sexual abuse of a child case. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a

birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's October 16, 2019 brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the child victim and any other child (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only, including when quoting relevant portions of the record or giving a statement of the case. If appellant fails to file a brief that complies by that date, we will abate for a hearing to determine why appellant is unable to comply with this Court's order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Dan Wood; and the Dallas County District Attorney.

/s/     CORY L. CARLYLE
JUSTICE